AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rao, Neomi J. | 2. Court or Organization<br><br>United States Court of Appeals - DC Circuit | 3. Date of Report<br><br>5/3/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW, Washington DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Revocable Living Trust |
| 2. Law Professor | Antonin Scalia Law School, George Mason University (On Leave) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | Antonin Scalia Law School at George Mason University-unpaid two-year leave of absence from tenured associate professor position |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▬▬▬▬ - Salary |
| 2. 2019 | ▬▬▬ - 1099 Payments |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Asian Bar Association | June 21 - 22, 2019 | Atlanta, GA | Speak at SABA Annual Conference | Transportation; meals; hotel |
| 2. | Jewish Leadership Conference | November 9-10, 2019 | New York, NY | Panelist at Jewish Leadership Conference | Transportation; meals; hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▨ | Tuition | L |
| 2. Capital One | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America - Cash Bank Accounts | A | Interest | M | T | | | | | |
| 2. Capital One - Cash Bank Accounts | D | Interest | N | T | | | | | |
| 3. PNC Bank - Cash Bank Accounts | A | Interest | J | T | | | | | |
| 4. ▓▓▓▓▓▓▓▓ - Common Units | | None | P1 | U | | | | | |
| 5. EQT Avatar Parent L.P. - Common Units | | None | O | U | | | | | |
| 6. ▓▓▓▓▓▓ - Profits Interest | | None | J | W | | | | | |
| 7. ▓▓▓▓▓▓▓▓ - Profits Interests | | None | J | W | | | | | |
| 8. ▓▓▓▓▓▓▓▓▓▓ - Profits Interests | | None | J | W | | | | | |
| 9. Legends of Learning - Common Stock & Series A Preferred Stock | | None | M | U | | | | | |
| 10. FISMX | A | Dividend | J | T | | | | | |
| 11. FSNVX | D | Dividend | M | T | | | | | |
| 12. FCNKX | C | Dividend | | | Sold | 10/04/19 | N | G | |
| 13. FLCNX | B | Dividend | N | T | Buy | 10/04/19 | N | | |
| 14. SRJAX | D | Dividend | M | T | | | | | |
| 15. VPMAX | E | Dividend | N | T | | | | | |
| 16. CITI1656 - Vanguard Target Retirement 2035 Trust Plus | | None | K | T | | | | | |
| 17. SX135 | | None | N | T | Buy (add'l) | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/22/19 | J | | |
| 19. | | | | | Buy (add'l) | 02/06/19 | J | | |
| 20. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 21. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 22. | | | | | Sold (part) | 03/07/19 | J | | |
| 23. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 24. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 25. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 26. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 27. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 28. | | | | | Buy (add'l) | 05/28/19 | J | | |
| 29. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 30. | | | | | Sold (part) | 06/13/19 | J | | |
| 31. | | | | | Buy (add'l) | 06/24/19 | J | | |
| 32. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 33. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 34. | | | | | Buy (add'l) | 08/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 36. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 37. | | | | | Sold (part) | 09/05/19 | J | | |
| 38. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 39. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 40. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 41. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 42. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 43. | | | | | Buy (add'l) | 11/25/19 | J | | |
| 44. | | | | | Sold (part) | 12/20/19 | J | | |
| 45. AAFTX | D | Dividend | M | T | Buy (add'l) | 02/20/19 | J | | |
| 46. KBS Real Estate Investment Trust Inc. | B | Dividend | J | T | | | | | |
| 47. FDRXX | A | Dividend | M | T | Buy (add'l) | 10/17/19 | M | | |
| 48. FSPSX | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 49. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 50. | | | | | Sold (part) | 07/29/19 | J | | |
| 51. FSSNX | A | Dividend | J | T | Buy (add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 53. FXAIX | B | Dividend | L | T | Buy (add'l) | 01/29/19 | J | | |
| 54. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 55. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 56. PMDQX | B | Dividend | L | T | Spinoff (from line 59) | 10/23/19 | L | | |
| 57. PMDEX | | None | | | Buy (add'l) | 01/29/19 | J | | |
| 58. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 59. | | | | | Sold | 10/23/19 | L | | |
| 60. PFUAX | A | Dividend | J | T | | | | | |
| 61. PFUUX | A | Dividend | J | T | | | | | |
| 62. PFUNX | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 63. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 64. PMFQX | A | Dividend | K | T | Spinoff (from line 66) | 10/23/19 | K | | |
| 65. PMFIX | | None | | | Buy (add'l) | 02/19/19 | J | | |
| 66. | | | | | Sold | 10/23/19 | K | | |
| 67. CMLAX | C | Dividend | L | T | Sold (part) | 12/17/19 | L | | |
| 68. | | | | | Buy (add'l) | 12/24/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   CGFAX | C | Dividend | L | T | Sold<br>(part) | 12/17/19 | L | | |
| 70. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 71.   CNPAX | A | Dividend | K | T | Sold<br>(part) | 12/17/19 | K | | |
| 72. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 73.   CFTAX | B | Dividend | L | T | Buy<br>(add'l) | 12/17/19 | K | | |
| 74. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 75.   CSTAX | C | Dividend | L | T | Buy | 12/17/19 | L | | |
| 76. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 77. | | | | | Sold | 12/17/19 | L | | |
| 78.   CTLAX | D | Dividend | M | T | Buy<br>(add'l) | 12/17/19 | L | | |
| 79. | | | | | Sold<br>(part) | 12/17/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 81.   CIPAX | B | Dividend | K | T | Sold<br>(part) | 12/17/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 83.   CCFAX | B | Dividend | L | T | Buy | 12/17/19 | L | | |
| 84. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 85.   Mass Mutual - Whole Life Policy | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mass Mutual - Whole Life Policy | A | Dividend | L | T | | | | | |
| 87. DFREX | D | Dividend | N | T | Sold (part) | 12/04/19 | L | | |
| 88. FPADX | D | Dividend | N | T | | | | | |
| 89. FSMDX | E | Dividend | O | T | | | | | |
| 90. VTMGX | E | Dividend | P1 | T | | | | | |
| 91. VIGAX | D | Dividend | P1 | T | | | | | |
| 92. VTMSX | D | Dividend | O | T | | | | | |
| 93. VVIAX | E | Dividend | O | T | | | | | |
| 94. FUMBX | D | Dividend | N | T | Buy (add'l) | 12/04/19 | K | | |
| 95. WFBIX | D | Dividend | N | T | | | | | |
| 96. VWEAX | E | Dividend | N | T | | | | | |
| 97. VTABX | E | Dividend | N | T | | | | | |
| 98. FZAXX | B | Dividend | | | Sold | 10/17/19 | M | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rao, Neomi J.** | 5/3/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rao, Neomi J. | 5/3/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neomi J. Rao**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544